IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROBERTO ROMERO-GUZMAN, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:18-CV-055 (CDL) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | * |
| | * |
| Respondents. | * |
| | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 27, 2018. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

Petitioner's pending motions (ECF Nos. 8, 11 & 12) are moot.

IT IS SO ORDERED, this 7th day of November, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA